OSCN Found Document:RE REVOCATION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS

 

 
 

 
 RE REVOCATION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS
2019 OK 29
Decided: 04/29/2019
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2019 OK 29, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

RE: Revocation of Certificates of Certified Shorthand Reporters
ORDER
On February 15, 2019, this Court suspended the certificates of several certified shorthand reporters for failure to comply with the continuing education requirements for calendar year 2018 and/or with the annual certificate renewal requirements for 2019. See 2019 OK 10 (SCAD 2019-16).
The Oklahoma Board of Examiners of Certified Shorthand Reporters has advised that the court reporters listed below continue to be delinquent in complying with the continuing education and/or annual certificate renewal requirements, and the Board has recommended to the Supreme Court of the State of Oklahoma the revocation of the certificate of each of these reporters, effective April 15, 2019, pursuant to 20 O.S., Chapter 20, App. 1, Rules 20 and 23.
IT IS THEREFORE ORDERED that the certificate of each of the certified shorthand reporters named below is hereby revoked effective April 15, 2019. 

Hope Alwardt

CSR #1883

Karen Baker

CSR #1552

Lorena Bishop

CSR #125

David Harjo

CSR #873

Deborah Parker

CSR # 1575

Connie Petrazio

CSR # 1733

Elizabeth Phillips

CSR # 1855

Trulia Taylor

CSR # 2010

Connie Tocco

CSR # 1977

Â 
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 29TH day of APRIL, 2019.
/S/CHIEF JUSTICE
Gurich, C.J., Darby, V.C.J., Kauger, Winchester, Edmondson, Colbert, Reif and Combs, JJ., concur.